AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ronald A. Weeks<br>*Plaintiff*<br>v.<br>United States Fire Insurance Company, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:21-cv-118<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Defendants' first two Motions to File Supplemental Authority (Docs. 16, 18) are denied as moot and the third (Doc. 20) is granted. Further, the Court GRANTS Defendants' Motion to Dismiss and accordingly DISMISSES this action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Douglas R. Cole on a motion to Dismiss.

Date: 5/25/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*